# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAMELA CALABRESE,** | : CIVIL ACTION NO. 1:20-CV-1331 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **JOSEPH EDWARD GRAHAM and NEW ERA TRANSPORTATION, LLC,** | : |
| **Defendants** | : |

## <u>ORDER</u>

AND NOW, this 4th day of June, 2021, upon consideration of defendants' motion (Doc. 9) to dismiss plaintiff's punitive damages request, to strike certain allegations as immaterial, and for a more definite statement, and further upon consideration of the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 9) is GRANTED to the extent defendants' request for a more definite statement is unopposed, as follows:

    a. The phrase "but not limited to" is STRICKEN from paragraphs 17 and 27 of the complaint.

    b. Paragraphs 17(i), 17(n), 17(o), 27(i), 27(n), and 27(o) are also STRICKEN from the complaint.

2. Defendants' motion (Doc. 9) is otherwise DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania